# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALDRICH SUPPLY CO., INC., | CASE NO. 10CV1641 JLS (WVG) |
|---|---|
| Plaintiff, | **ORDER SUA SPONTE REMANDING CASE** |
| vs. | |
| SOIL RETENTION SYSTEMS, INC., UNITED STATES NAVY, NOVA GROUP, INC., and UNDERGROUND CONSTRUCTION CO., | |
| Defendants. | |

On June 14, 2010, Plaintiff initiated a small claims action against the United States Navy and several other parties. Approximately two months later, the Navy removed the case pursuant to 28 U.S.C. § 1442(a)(1). (Doc. No. 1.) The Court then dismissed without prejudice Plaintiff's complaint against the Navy. (Doc. No. 17.) Plaintiff was given an opportunity to amend its complaint as to the Navy, but failed to do so within the allotted time. With the federal party eliminated from the suit, this Court declines to retain jurisdiction over the non-federal parties. *See District of Columbia v. Merit Systems Protection Bd.*, 762 F.2d 129, 133 (D.C. Cir. 1985); *IMFC Prof. Services of Florida, Inc. v. Latin American Home Health, Inc.*, 676 F.2d 152, 160 (5th Cir. 1982). The matter is **REMANDED** to San Diego Superior Court.

**IT IS SO ORDERED.**

DATED: January 4, 2011

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge